IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FELICITY J. S.,

       Plaintiff,

                              Civil No. 5:25-CV-13044

v.

FRANK BISIGNANO,            MAGISTRATE JUDGE GRAND
COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND

REMANDED to the Commissioner of Social Security for further proceedings in

accordance with that order.

                                    s/David R. Grand
                                    David R. Grand
                                    United States Magistrate Judge

Dated:  March 26, 2026